UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MARGARET FROBY,

    Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT; et al.,

    Defendants.

2:12-cv-1789-LRH-PAL

ORDER

Before the court is plaintiff Margaret Froby's motion to voluntarily dismiss defendant Nevada Department of Corrections as a defendant in this action. Doc. #9. The court has reviewed the motion and finds that good cause exists to dismiss this defendant.

IT IS THEREFORE ORDERED that plaintiff's motion to voluntarily dismiss (Doc. #21) is GRANTED. Defendant Nevada Department of Corrections is DISMISSED as a defendant in this action.

IT IS FURTHER ORDERED that defendant's motion to dismiss (Doc. #9) is DENIED.

DATED this 19th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE