1

2

3

4

5

6                                  UNITED STATES DISTRICT COURT

7                                         DISTRICT OF NEVADA

8                                               * * * * *

9    MARGARET FROBY,                              )
                                                  )
10                          Plaintiff,            )   2:12-cv-01789-LRH-PAL
                                                  )
11   vs.                                          )   ORDER
                                                  )
12   CLARK COUNTY SCHOOL DISTRICT;                )
     et al.,                                      )
13                                                )
                            Defendants.           )
14   _____ )

15          Before the court is Defendant Clark County School District's ("CCSD") motion to

16   dismiss for failure to state a claim. Doc. #27. On May 18, 2013, Plaintiff Margaret Froby

17   ("Froby") filed an amended complaint alleging unlawful retaliation under Title VII and negligent

18   supervision under Nevada state law. Doc. #24. CCSD then filed the present motion to dismiss the

19   amended complaint. Doc. #27. In her opposition, Froby consented to the dismissal of her claims.

20   *See* Doc. #28. Accordingly, the court shall grant CCSD's motion and dismiss this action.

21

22          IT IS THEREFORE ORDERED that CCSD's Motion to Dismiss (Doc. #27) is

23   GRANTED. This action, 2:12-cv-1789-LRH-PAL, is DISMISSED in its entirety with prejudice.

24          IT IS SO ORDERED.

25          DATED this 22nd day of July, 2013.

26

27                                                   _____
                                                     LARRY R. HICKS
28                                                   UNITED STATES DISTRICT JUDGE